# United States District Court
# Violation Notice

CVB Location Code: NH70

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F08R002H | Clukey | 2520 |

F08R002H

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 09/06/2026 06:38 | FED 36CFR261.58E |

Place of Offense
Pinkham B Road

Offense Description: Factual Basis for Charge
camping in a prohibited area

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Provenzano | Vincent | J |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| | ☐ | | |

☐ Adult ☐ Juvenile | Sex ☐ M ☐ F | Race | Hair | Eyes | Height | Weight

## VEHICLE

VIN:

CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 3XFV55 | MA | 2005 | GMC/SIERRA | ☐ | SIL |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 100.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| $ 130.00 | Total Collateral Due |

PAY THIS AMOUNT

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
55 Pleasant St., Concord, New Hampshire 03301

Date (mm/dd/yyyy)

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete Original - CVB Copy FS-5300-4 (7/05)

F08R002H

# STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 09/06/2026 while exercising my duties as a law enforcement officer in the ______ District of NH

Pursuant to 16USC 551: I state that on 09/06/2026, at approximately 06:38 hours, while exercising my duties as a Law-Enforcement Officer in the Judicial District of New Hampshire, on the White Mountain National Forest, I Officer Dale Clukey III, was patrolling the Pinkham B Road when I observed a silver 2005 GMC Sierra (MA Tag# 3XFV55) parked off the north side of the road. Upon closer inspection of the vehicle, I located an individual later identified as Vincent PROVENZANO (DOB: 10/06/1986) who had been sleeping in the rear passenger area of the vehicle. When asked what time he got there, PROVENZANO stated "like 10 o'clock last night". I advised PROVENZANO that it was prohibited to camp within ¼ mile of the roadway and that there were signs located on each end of the road which state that information. Under 36 CFR 261.58(e), Order No. R9-22-19-02, I issued PROVENZANO a citation for camping in a prohibited area. A warning was issued for PCS marijuana. Video and Audio of the contact was recorded on my body camera.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/06/2026 [signature]

Date (mm/dd/yyyy) Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident